In the Matter of VINCENT CIMINELLO, Respondent, against THOMAS J. CURRAN, as Secretary of State of the State of New York, Appellant.

Argued April 10, 1951; decided May 17, 1951.

*Nathaniel L. Goldstein, Attorney-General (Ruth Kessler Toch and Wendell P. Brown* of counsel), for appellant.

*Nicholas D. Grisanti* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, FULD and FROESSEL, JJ. Dissenting: LEWIS and DYE, JJ.